No. 80–1294. HONEYWELL, INC. *v.* TENNESSEE VALLEY AUTHORITY. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 80–1343. AERONAUTICAL RADIO, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 80–1408. UNITED STATES *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of these petitions. Reported below: 206 U. S. App. D. C. 253, 642 F. 2d 1221.

No. 80–1380. GONSALVES *v.* CATERPILLAR TRACTOR CO., INC. C. A. 7th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 80–1400. CITIES SERVICE OIL CO. *v.* TIRE SALES CORP. ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–6274. WILLIAMS *v.* ARKANSAS PUBLIC SERVICE COMMISSION. Cir. Ct., Pulaski County, Ark. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–1442. ROMILLY ET AL. *v.* AMOCO TRINIDAD OIL CO. ET AL. C. A. 9th Cir. Motion of petitioners for leave to proceed as seamen under 28 U. S. C. § 1916 granted. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this motion and this petition.